**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-17L **DATE**: Sept. 8th, 2005

**TITLE OF CASE:** USA v. Esterlin Javier Moreno Gomez

---

**CHIEF JUDGE:** **Senior Judge Ronald R. Lagueux**

**COURTROOM CLERK:** **Barbara J. Gilfillan**

**COURT REPORTER:** **Joseph Fontes**

**COURT INTERPRETER:** **Ana- Cecilia Rosado**

---

**COUNSEL PRESENT**

Government: Terrance Donnelly

Defendant: Edward Roy

Probation: David Borelli

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant is present. Probation is present. Government/Defendant argue sentence. Defendant withdraws objection to RSR. Defendant exercises his Right of Allocution. Court sentences the defendant to 63 months of imprisonment, 3 years supervised release (with conditions - mental health counseling in a program approved by the US Probation Dept, substance abuse program with testing (up to 72 tests) in a program approved by the US Probation Dept., recommend deportation) , no fine, $100.00 special assessment