UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 05-17L

ESTERLIN JAVIER MORENO GOMEZ :

## NOTICE OF APPEAL

Now comes the defendant Esterlin javier Moreno Gomez and notices his appeal of his sentence imposed on September 8, 2005 to the United States Court of Appeals for the First Circuit.

ESTERLIN JAVIER MORENO GOMEZ
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that on this 15th day of September, 2005, I hand-delivered a true copy of the within notice to Stephen G. Dambruch, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.