Esterlin Javier Moreno Gomez
Donald W. Waytt Det. Fac.
950 High Street
Central Falls, RI 02863

IN THE UNITED STATES DISTRICT COURT
FOR THE PROVIDENCE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>ESTERLIN JAVIER MORENO GOMEZ<br>Defendant. | Case No. 05 71L 555-55 Corriente<br><br>NOTICE OF APPEAL |

COMES NOW the Defendant, Esterlin Javier Moreno Gomez, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on September 08, 2005.

Respectfully submitted this 9th day of September, 2005.

[signature]
Esterlin Javier Moreno Gomez

Copy mailed this 9th day of September, 2005, to each of the following:

U.S. Attorney for the
Rhode Island District Court
Clerk Office
One Exchange Terrace
Providence, RI 02903

Edward C. Roy
Attorney at Law
10 Weybosset Street, Suite
Providence, RI 02903