UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C.: CR 05-17L C.A.#_______________

2. TITLE OF CASE - USA v. Esterlin Javier Moreno Gomez

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

Edward Roy
10 Weybosset St., Prov., RI 02903

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

Terrance Donnelly
AUSA
50 Kennedy Plaza Prov, RI 02903

5. NAME OF JUDGE: RONALD R. LAGUEUX

6. COURT-APPOINTED COUNSEL _x___YES ___NO

7. FEE PAID ___YES _x_NO

8. IN FORMA PAUPERIS _____YES _x___NO

9. RELATED CASE ON APPEAL ______YES

C.C.A. # (IF AVAILABLE) _______

DATE OF LAST N.O.F.A. FILED __________

10. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 19, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: ***CR 03-17L***

Dear Mr. Donovan:

Enclosed herewith you will find the RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, dated September 19, 2005

David A. DiMarzio, CLERK

BY: *Barbara J. Gilfillan*
DEPUTY CLERK