05-00017
USDC/RI
Lagueux

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2392

UNITED STATES,

Appellee,

v.

ESTERLIN JAVIER MORENO GOMEZ, a/k/a Edelmiro Duarte, a/k/a Victervo Pina,

Defendant, Appellant.

**JUDGMENT**

Entered: March 31, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No.05-2393.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/31/06

By the Court:
Richard Cushing Donovan, Clerk

By MARGARET CARTER
Chief Deputy Clerk

[cc: Esterlin Javier Moreno Gomez, Robert Little, Esq., Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA]