05-00017
USDC/RI
Lag ...

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2393

UNITED STATES,

Appellee,

v.

ESTERLIN JAVIER MORENO GOMEZ,

Defendant, Appellant.

Before

Selya, Lynch and Howard,
Circuit Judges.

JUDGMENT

Entered: June 16, 2006

The motion to withdraw as counsel is allowed, and the judgment of the district court is affirmed. Defendant has not demonstrated how he has been prejudiced by the alleged violations of Fed. R. Crim. P. 32--indeed, by any of his examples of ineffective assistance of trial or appellate counsel. See United States v. Barrows, 996 F.2d 12, 14 (1st Cir. 1993) ("[a]bsent an arguable error in the sentence, a remand for resentencing [for the late disclosure of the presentence report] would be pointless even if the claim had not been waived"). Assuming without deciding that, where the government has not filed a motion seeking an extra point for acceptance of responsibility under U.S.S.G. §3E1.1(b), the district court can grant a corresponding Booker variance from the guideline range in the sound exercise of its discretion, the district court's remarks at sentencing leave no doubt that it would not have exercised its discretion in this defendant's favor.

We have considered the remaining arguments in defendant's pro se brief as well as any others suggested by the record, and we find no non-frivolous arguments for appeal.

Affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/12/06

[cc: Robert Little, Esq., Stephen G. Dambruch, AUSA,
Donald Lockhart, AUSA]